■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN HIGGS, Appellant. [44 NYS3d 914]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Everett, J.), rendered October 21, 2015, convicting him of criminal possession of a controlled substance in the third degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

On this appeal, the defendant challenges the sufficiency of the evidence and instructions before the grand jury. Review of these claims, which are not addressed to any jurisdictional defect, is foreclosed by the defendant's knowing and voluntary waiver of his right to appeal (*see People v Guerrero*, 28 NY3d 110, 116-117 [2016]). In any event, by pleading guilty, the defendant forfeited those claims (*see id.* at 117; *People v Konieczny*, 2 NY3d 569, 574 [2004]; *People v Magnotta*, 137 AD3d 1303, 1304 [2016]; *People v Key*, 90 AD3d 677, 677 [2011]; *People v Butler*, 198 AD2d 427, 428 [1993]). Balkin, J.P., Chambers, Roman, Duffy and Barros, JJ., concur.